IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

ZACARIAS MOUSSAOUI, Plaintiff

v.

Saudi Prince Turki Al Faisal Al Saud

Saudi Princesse Haifa Al Faisal Al Saud

Saudi Prince Bindar bin Sultan Al Saud

Saudi Prince Walid bin Talal Al Saud, Defendant(s). (See attached.

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Zacarias Moussaoui N°51427-054 US Penitentiary Max, PO Box 8500, Florence, Colorado 81226-8500
(Name, prisoner identification number, and complete mailing address)

Shagil, Abu Khaled Al Sahraawi
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
_X_ Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Saudi Prince Turki Al Faisal Al Saud, unknown
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

N/C
_____
_____

Defendant 1 is being sued in his/her _X_ individual ~~and/or~~ ~~official capacity~~

Defendant 2: Saudi Princesse Haifa Al Faisal Al Saud, unknown
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

N/C

Defendant 2 is being sued in his/her _X_ individual and/or ___ official capacity.

Defendant 3: Saudi Prince Bandar bin Sultan Al Saud,
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

N/C

Defendant 3 is being sued in his/her _X_ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

___ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) N/C

3

D. **STATEMENT OF CLAIM(S)**
*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Conspiracy to commit an act of International Terrorism. Conspiracy and obstruction of Justice for 9/11, USS Cole Bombing and US Embassy bombing

~~Supporting facts:~~ Conspiracy to use weapons of mass destruction. Conspiracy of Obstruction of Justice and Obstruction of Justice. Conspiracy of Tampering with witness and Tampering with witness. Conspiracy to provide Material support to Terrorist and to provide material support to terror. Around 1996 you, Saudi Prince Turki Al Faisal Al Saud conspire with Usama Bin Laden to attack the United States of America through act of Terror and Mass Destruction. I, Zacarias Moussaoui met you, Saudi Prince Turki on multiple occasion as the Courier of Usama Bin Laden and his Secret Right hand to arrange act of Terror among them, the Bombing of the USS Cole in Yemen, the September 11, 2001 Attack on the White House, the World Trade Centre and the Pentagon, the beheading of New York Time Journalist Pearl and Drug poisoning of Sodomite in the US and other act of Terror. These acts of Terror were direct by You, Saudi Prince Turki Al Faisal Al Saud by using Usama Bin Laden as a Saudi Useful Idiot and Al Qaeda as a false Flag with the complicity of the Others defendants, Saudi Princesse Haifa, Saudi Prince Bindar, Saudi Prince Walid, Saudi Prince Naif. I, ZM met you, Prince Turki, Princess Haifa, Omar Al Bayoumi in Dallas Texas in preparation of 9/11. Also you, conspire and organize large scale shipment heroine with Bin Laden and Al Qaeda and myself, ZM. And the assassination of Ahmed Shah Masoud and money laundering and Counterfeit of US Dollar. Conspiracy to blow up Air Force One and kill the Clintons. Conspiracy to crash a 747-400 in Canary Wharf Tower in London U.K on 9/11 with me as a Pilot. Conspiracy to kill Putin and assist the Rebel warrior Shamil and Khottab

E.   **PREVIOUS LAWSUITS** *The Court should know that I don't keep track of all lawsuit as a prisoner I can't.*

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):   *Don't Remember exactly; various, FBI&*

Docket number and court:   *Many in your court*

Claims raised:   *Obstruction, Tampering, Discrimination*

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)   *Many currently in your court*

Reasons for dismissal, if dismissed:   *Various reason, fee, deadline etc.*

Result on appeal, if appealed:   *Some pending*

F.   **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)        N/C

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)

5

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* To Order Turki Al Faisal Al Saud to Testify on 9/11, Bin Laden Al Qaeda Leave to proceed in Forma Pauperis, to be place in Protective Custody to have access to a lawyer such as Robert Barnes, Norm Pattis, and to have the Special Administrative Measure in a limited and narrow way being suspended to allow me to only and exclusively contact by phone and visitation 9/11 Victim lawyers, Sean Carter, Andrew Maloney, Robert Haefele, Jerry Goldman, and members of the US Congress such as Peter King, Ted Lieu, Tulsi Gabbard, Chuck Schumer, Nancy Pelosi and NYPD Deputy Commissioner John Miller; Judge Pohl; Judge Daniel and any American Victim of Al Qaeda in order to testify against the Saudi Royal Terror

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Zacarias Moussaoui*
(Plaintiff's signature)

09/11/20
(Date)

(Form Revised December 2017)

Section B continuation in complaint against Saudi Prince Turki Al Faisal Al Saud

Defendant(s) information.

Defendant 4: Saudi Prince Walid bin Talal Al Saud.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state law. N.I.C.

Defendant 4 is being sued in his ~~other~~ individual ~~and official capacity~~

Defendant 5: Saudi Prince Naif bin Abdel Aziz II. Al Saudi

Don't know state or federal law.

Defendant is being sued in his individual capacity.

7

Ca 20-5142705Y-0928.mo-196

Name: HOUSSAOUI
Reg. No.: 5142-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Clerk
US District Court
901 - 19th Street, Room A105
Denver, CO 80294-3589